# EXHIBIT 3

At trial, the Government intends to illicit some or all of the following information in summary form from the police who interviewed Yu the day she was arrested:

- Yu's work for Top Flite involved maintaining the back office. (R. 43 Ex. A: Yu Arrest Interview, 18:00)

- Yu did not have her own login credentials for Top Flite's system. (R. 43 Ex. A: Yu Arrest Interview 19:50.)

- Yu believed Top Flite's system crashed because a login password was changed. (R. 43 Ex. A: Yu Arrest Interview 22:10.)

- Yu did not know how to do computer coding. (R. 43 Ex. A: Yu Arrest Interview 27:30.)

- Yu claimed deleting data was part of testing. (R. 43 Ex. A: Yu Arrest Interview 28:43.)

- Yu did not consider any records to be important when she was testing Top Flite's system. She believed she could do anything she wanted in the system. (R. 43 Ex. A: Yu Arrest Interview 29:34.)

- Yu also worked in health care, and she understood from that work that sensitive data needed to be secure. (R. 43 Ex. A: Yu Arrest Interview 35:35.)

- Yu knew Top Flite worked with financial data. She knew through common sense that data was sensitive. (R. 43 Ex. A: Yu Arrest Interview 53:55.)

- Yu claimed she had previously deleted records in Top Flite's system at their request. (R. 43 Ex. A: Yu Arrest Interview 58:15.)

- Yu knew Top Flite's computer system showed that their agreement had been terminated. She accessed Top Flite's system after learning that. (R. 43 Ex. A: Yu Arrest Interview 1:12:40.)

- In 2018, Top Flite stopped paying because their computer system was not responding. Once Top Flite paid, the computer system went back up. (R. 43 Ex. A: Yu Arrest Interview 1:13:24.)