UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BAOLI YANG and JIE YU,

    Defendants.
_____/

Case No. 1:20-cr-103

HONORABLE PAUL L. MALONEY

## ORDER

In accordance with the Bench Opinion issued by the Court on February 4, 2022 and for the reasons stated on the record:

**IT IS HEREBY ORDERED** that the Court DENIES Defendant Yang's motion to suppress statements (ECF No. 38);

**IT IS FURTHER ORDERED** that the Court DENIES Defendant Yu's motion to suppress statements (ECF No. 43);

**IT IS FURTHER ORDERED** that the Court DENIES Defendants' motion to exclude testimony about collateral matter (ECF No. 73); and

**IT IS FURTHER ORDERED** that the Court GRANTS the Government's motion in limine regarding defendants' statements to police (ECF No. 80).  Following testimony during which a Government witness testifies using the Government's proposed *Bruton* amended statements, with the leave of the Court Defendants may cross examine the witness to clarify any misleading statements, keeping the *Bruton* concerns in mind

Dated:  February 4, 2022

    /s/  Paul L. Maloney
    Paul L. Maloney
    United States District Judge