UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BAOLI YANG,

    Defendant.
_____/

No. 1:20-CR-103

HON. PAUL L. MALONEY
United States District Judge

## VERDICT FORM AND SPECIAL INTERROGATORIES

We the jury, find the following with regard to Baoli Yang:

1. As to Count 1, charging wire fraud, we the Jury unanimously find as follows:

    ☒ Not Guilty        ☐ Guilty

2. As to Count 2, charging computer intrusion causing damage, we the Jury unanimously find as follows:

    ☒ Not Guilty        ☐ Guilty

If you did not find Defendant Baoli Yang guilty of Count 2, do not answer the following question. If you did find Defendant Baoli Yang guilty of Count 2, answer this question:

We the Jury unanimously find the computer intrusion charged in Count 2 caused a loss aggregating $5,000 or more to one of or more corporation or entity from April 27, 2019, to May 17, 2019:

    ☐ No        ☐ Yes

12/7/22
Date

Sean T Miller
Jury Foreperson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JIE YU,

    Defendant.
_____/

No. 1:20-CR-103

HON. PAUL L. MALONEY
United States District Judge

## VERDICT FORM AND SPECIAL INTERROGATORIES

We the jury, find the following with regard to Jie Yu:

1. As to Count 1, charging wire fraud, we the Jury unanimously find as follows:

    ☒ Not Guilty          ☐ Guilty

2. As to Count 2, charging computer intrusion causing damage, we the Jury unanimously find as follows:

    ☒ Not Guilty          ☐ Guilty

If you did not find Defendant Jie Yu guilty of Count 2, do not answer the following question. If you did find Defendant Jie Yu guilty of Count 2, answer this question:

We the Jury unanimously find the computer intrusion charged in Count 2 caused a loss aggregating $5,000 or more to one of or more corporation or entity from April 27, 2019, to May 17, 2019:

    ☐ No          ☐ Yes

12/7/22
Date

Sean T Miller
Jury Foreperson